| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Special Agent: | Barbara Lanning Kenton Weston | Telephone: (313) 226-9100 Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
v.
Bekeiba Holland

Case No. Case: 2:25−mj−30649
Assigned To : Unassigned
Assign. Date : 10/18/2025
Description: CMP USA V. HOLLAND (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 16, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kenton Weston, Special Agent-ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 18, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Kenton Weston, being duly sworn, depose and state the following:

### I.   INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. ATF is currently investigating Bekelba HOLLAND for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922 (g)(1).

## II.   PROBABLE CAUSE

5. I reviewed records related to HOLLAND's criminal history and learned the following:

   a. On or about April 14, 1991, HOLLAND was charged in case 91-006315-01-FY with one count of felony murder, one count of assault with intent to murder, one count of breaking and entering, and one count of felony firearm. On August 30, 1991, a jury in Wayne County's Third Circuit Court found HOLLAND guilty of felony murder, breaking and entering, and felony firearm. On September 18, 1991, he was sentenced to a term of life imprisonment, without the possibility of parole. HOLLAND was resentenced in January 2019 to a term of 30–60 years'

        incarceration.

    b.    On or about September 21, 2021, HOLLAND was charged in case 21722075-01 with assault with intent to murder, felon in possession of a firearm and ammunition, and several counts of felony firearm. However, the case was dismissed at exam.

    c.    On or about August 30, 2022, HOLLAND was charged in case 22-007591-01-FH with two counts of felonious assault and one count of domestic violence. On or about September 15, 2023, HOLLAND pleaded guilty to one count of felonious assault in Wayne County's Third Circuit Court. HOLLAND was later sentenced to 10 months' incarceration in the Wayne County Jail, followed by a three-year term of probation. HOLLAND is on probation for this offense.

6.    Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time HOLLAND spent incarcerated or under supervision as a result of his felony convictions, the severity of his convictions, and the fact that HOLLAND was previously charged with the offense felon in possession of a firearm, there is probable cause to believe that HOLLAND is aware of his status as a convicted felon.

3

7. On October 16, 2025, officers with Detroit's Headquarter Surveillance Unit were tasked with locating HOLLAND for the purpose of arresting him on probable cause for a homicide. The officers located HOLLAND and identified him as the front seat passenger in a Ford Expedition. The officers requested assistance from a marked unit to stop the Expedition.

8. Officers from Detroit's fugitive apprehension team stopped the Expedition near eastbound I-696 and Gratiot Avenue. Officers detained the driver and Holland, who was seated in the front passenger seat. During the stop, the driver informed the officers she was a CPL holder and had a firearm on her person. She also told them there were other firearms in the car. Officers recovered a black Sig Saur handgun from a holster on the driver's hip.

9. Officers searched the Expedition and recovered the following:

   a. a loaded black Smith and Wesson Airweight .38 Special revolver, recovered between the driver's seat and center console;

   b. a loaded Saiga 12, 12-gauge shotgun equipped with a drum magazine, recovered from the rear passenger seat;

   c. a loaded black AR-15 style rifle, equipped with a 30-round magazine, recovered from the rear passenger seat;

   d. and five loose 9mm rounds, recovered from the center console area.

10. On October 17, 2025, I consulted with Special Agent (SA) Kara Klupacs, an interstate nexus expert. SA Klupacs stated that the Saiga 12, 12-gauge shotgun, based on the written description provided, without physically examining it, is a firearm as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

### III. CONCLUSION

11. Based upon the aforementioned facts stated herein, there is probable cause to believe HOLLAND, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Saiga 12, 12-gauge shotgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about October 16, 2025, in the Eastern District of Michigan.

Respectfully submitted,

_____
Special Agent Kenton Weston
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

October 18, 2025

5