UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEKEIBA HOLLAND,<br><br>Defendant.<br>_____/ | Case: 2:25-cr-20825<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 11/4/2025<br>Description: IND USA V HOLLAND (LLH)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

Between approximately September 19, 2021 and October 16, 2025, in the Eastern District of Michigan, Southern Division, the defendant, BEKEIBA HOLLAND, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Saiga shotgun equipped with a drum magazine, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about October 16, 2025, in the Eastern District of Michigan, Southern Division, the defendant, BEKEIBA HOLLAND, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Anderson Manufacturing AM-15 multi-cal AR-15 style rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

Between approximately June 24, 2024 and October 16, 2025, in the Eastern District of Michigan, Southern Division, the defendant, BEKEIBA HOLLAND, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Smith & Wesson, .38 caliber Airweight revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2

Upon being convicted of the offenses charged in Counts One through Three of this Indictment, Defendant BEKEIBA HOLLAND shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm involved in or used in any knowing violation of said offense, including but not limited to: one Saiga 12 gauge shotgun, one Anderson Manufacturing AM-15 multi-cal AR-15 style rifle, one Smith & Wesson .38 caliber Airweight revolver, and all accompanying ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Major Crimes Unit

*s/Barbara Lanning*
Barbara Lanning
Assistant United States Attorney

Dated: November 4, 2025

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/B.L.* |

**Case Title:** USA v. Bekeiba Holland

**County where offense occurred:** Wayne

**Offense Type:** Felony

Case: 2:25-cr-20825
Assigned To : Drain, Gershwin A.
Referral Judge: Grand, David R.
Assign. Date : 11/4/2025
Description: IND USA V HOLLAND (LLH)

Indictment -- prior complaint - Case No. 25-MJ-30649

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

_November 4, 2025_
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barbara.Lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.