IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                    Case No. 25-cr-20825
                    Hon. Gershwin A. Drain

BEKEIBA HOLLAND,

      Defendant.

_____/

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE RELATING TO WARRANTLESS SEIZURES, SEARCHES AND ARREST AND/OR FOR EVIDENTIARY HEARING

Now Comes Defendant, Bekeiba Holland, by and through his attorney, Jeffery A. Taylor, and in support of his Motion to Suppress Evidence and/or For Evidentiary Hearing, states unto this Honorable Court as follows:

1. Defendant is charged with three Counts of Possession Of A Firearm By A Felon contrary to 18 U.S.C. §922(g)(1).

2. This motion relates two stops and subsequent seizures, searches and Defendant's arrest – both stops occurred on October 16, 2025.

3. It is alleged that the Detroit Police Department was investigating a homicide that occurred on or about October 14, 2025.

4. That a vehicle (Ford F-150 truck) being driven by the Defendant was stopped on October 16, 2025, by Detroit Police Officers.

5. The officers conducting the stop advised the Defendant that they had a warrant to cover the encounter. The Defendant, who was detained, but not physically taken into custody,

was forced to surrender his cell phones and his vehicle. Indeed, the officer in question was speaking to another officer via cell phone (on speaker phone) and the Defendant overheard the voice on the other end of the line advising the officer to "get the cell phones." [At any rate, no search warrant or return was ever produced for this encounter and, ultimately, it was determined that no search warrant existed.]

6. After this initial stop the Defendant consulted an attorney who, upon information and belief, contacted the Detroit Police Department.

7. Thereafter, because he was without the use of his vehicle, the Defendant was being transported by his significant other, Yvette Webb.

8. That, within a few hours of the initial traffic stop and seizure the of the Defendant's vehicle and cell phones, the vehicle operated by Ms. Webb was pulled over on a Metro Detroit Freeway (696).  Ms. Webb, who was driving the vehicle, was removed from the vehicle, handcuffed and placed in the rear of a police unit.

9. The Defendant was thereafter removed from the vehicle and arrested.

10. The vehicle in question was registered to Ms. Webb, who had a valid drivers license and a valid CPL. There were no outstanding warrants for Ms. Webb.

11. The officers conducted a complete & thorough search of Ms. Webb's vehicle, including the trunk.

12. Firearms were located. [Ms. Webb had previously informed the officers that she was a CPL holder.]

13. This stop, search, seizure and subsequent arrest of the Defendant occurred without a warrant.

14. Three of the firearms seized from Ms. Webb's vehicle now serve as the basis for the within charges.

15. The Defendant was seized as a result of the traffic stop and the ensuing prolonged detention, search and seizure violated the Defendant's constitutional rights as guaranteed by the Fourth Amendment of the United States Constitution.

16. That, further, there was no probable cause to arrest the Defendant on the date in question and the earlier search and seizure of his personal effects, including but not limited to his vehicle and cell phone, were likewise unconstitutional. [As of February 9, 2026, the Defendant has not been charged with the October 14, 2025, homicide.]

17. That the two warrantless encounters demonstrate a clear pattern of extrajudicial overreach on the part of the Detroit Police Department and the Defendant's constitutional rights were violated during and following these encounters.

18. Pursuant to Local Rule 7.1, the undersigned certifies that he personally spoke to opposing counsel, explained the nature of the relief sought herein and sought concurrence in that relief. Opposing counsel expressly denied concurrence.

  Wherefore, the Defendant requests that this Honorable Court suppress the evidence seized and/or to grant an evidentiary hearing.

         Respectfully submitted,
         **/s/ Jeffery A. Taylor**

         _____
         JEFFERY A. TAYLOR (P46505)
         Attorney for Defendant
         13335 Fifteen Mile Road #222
         Sterling Heights, MI 48312
         248.225.6219
         jtlaw@mac.com

Dated: February 6, 2026